102(A)(6), and the legal profession, Gov.Bar R. V(4)(G). Id., 98 Ohio St.3d 441, 2003-Ohio-1636, 786 N.E.2d 869, ¶ 9. We suspended the lawyer's license to practice for one year and stayed the last six months of the suspension on the condition that he commit no further misconduct, factoring into our decision mitigating factors of no prior record of discipline, no dishonest motive, and eventual cooperation in the disciplinary process. See BCGD Proc.Reg. 10(B)(2)(a), (b), and (d).

{¶ 11} These mitigating factors are also present in respondent's case. Moreover, the parties have agreed that respondent suffers from a mental disability that contributed to his ethical lapses and for which he has been successfully treated, a factor that is mitigating under BCGD Proc.Reg. 10(B)(2)(g). A one-year suspension with a conditional six-month stay is thus equally appropriate here.

{¶ 12} We note that since July 13, 2006, respondent has been on inactive status under Gov.Bar R. VI(2). Today, we suspend respondent from the practice of law in Ohio for one year; however, the last six months of the suspension period are stayed on the condition that he engage in no further acts of professional misconduct. If respondent violates the term of the stay, the stay will be lifted, and he will serve the entire one-year suspension. Costs are taxed to respondent.

Judgment accordingly.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., would suspend the respondent for one year, with no time stayed.

———————————

Bloomfield & Kempf and David S. Bloomfield; Robert W. Edmund; and Bruce A. Campbell, Bar Counsel, and A. Alysha Clous, Assistant Bar Counsel, for relator.

Daniel Sean Dice, pro se.

STALEY, APPELLANT, v. AC & S, INC., ET AL., APPELLEES.

[Cite as *Staley v. AC & S, Inc.,* 120 Ohio St.3d 457, 2009-Ohio-5.]

(No. 2007–0236—Submitted November 19, 2008—Decided January 7, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Ackison v. Anchor Packing Co.,* 120 Ohio St.3d 228, 2008-Ohio-5243, 897 N.E.2d 1118.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

Motley Rice, L.L.C., John J. McConnell Jr., and Vincent L. Greene, for appellant.

Bunda, Stutz & DeWitt, P.L.L., and Rebecca C. Sechrist, for appellee Owens–Illinois, Inc.

STAHLHEBER, ADMR., APPELLANT, *v.* LAC D'AMIANTE
DU QUEBEC LTEE ET AL., APPELLEES.

[Cite as *Stahlheber v. Lac d'Amiante du Quebec
Ltee,* 120 Ohio St.3d 458, 2009-Ohio-6.]

(No. 2007–0257—Submitted November 19, 2008—Decided January 7, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Ackison v. Anchor Packing Co.,* 120 Ohio St.3d 228, 2008-Ohio-5243, 897 N.E.2d 1118.